DONALD ROWAN JUDGE

VERSUS

CHRIS LEPINE

NO. 25-KH-370

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

August 25, 2025

Linda Tran
First Deputy Clerk

**IN RE** CHRIS LEPINE

---

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT,
PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD A. ROWAN, JR., DIVISION "L", NUMBER 21-4253

---

Panel composed of Judges Fredericka Homberg Wicker,
Jude G. Gravois, and Timothy S. Marcel

**WRIT DENIED**

In this *pro se* writ application, relator, Chris Lepine, seeks review of the trial court's August 7, 2025 ruling on restitution.  For the reasons stated below, relator's writ application is denied.

On November 7, 2022, as part of a plea agreement, relator was ordered to pay restitution in the amount of $500.00.  On June 6, 2025, relator filed a Motion for Restitution Hearing and Objection to Restitution seeking to challenge the restitution order.  On August 7, 2025, the trial court held a restitution hearing and found the matter "satisfied."  In his writ application, relator argues the restitution order was unjust because his co-defendants were not ordered to pay restitution and the victim received an insurance payout.  Contained in relator's writ application is the August 7, 2025 minute entry.

Initially, we find relator's writ application is deficient in that it does not contain a notice of intent, nor documentation of a return date as required by Uniform Rules-Courts of Appeal, Rules 4-2 and 4-3.

Nevertheless, on review, relator's writ application contains unsubstantiated allegations that his co-defendants were not required to pay restitution and that the victim received an insurance payout.  Therefore, on the showing made, relator has failed to present evidentiary support for the claims he asserts in his application.  In addition, to the extent that the relator complains in his writ application that he was not allowed to ask questions

during the August 7, 2025 hearing, the minute entry shows that relator was represented by counsel at the hearing. Again, relator has failed to show a basis upon which relief can be granted.

Accordingly, this writ application is denied.

Gretna, Louisiana, this 25th day of August, 2025.

**TSM**
**FHW**
**JGG**

2

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



### FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/25/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 25-KH-370

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Chris Lepine #9835600 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054